**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIANO MOBILE SILICON, INC., ) | Case No.: 10-CV-04783-LHK |
| ) | |
| Plaintiff, ) | ORDER STRIKING DEFFENDANTS' |
| v. ) | FOUR MOTIONS TO DISMISS |
| ) | WITHOUT PREJUDICE TO RE-FILING |
| MAVCOM, INC., ET AL., ) | AS A SINGLE PLEADING |
| ) | |
| Defendants. ) | (Dkt. #29, 30, 31, 32) |
| ) | |

Defendants Mavcom, Inc. and Innofidei, Inc. (a Chinese corporation), both represented by

Baker & McKenzie LLP, have filed four separate motions to dismiss.  The motions were made on

the following bases: (1) insufficient process and lack of personal jurisdiction; (2) failure to state a

claim; (3) lack of subject matter jurisdiction; and (4) forum non conveniens.  All four motions are

noticed for a hearing on April 28, 2011.  The filing of four motions to dismiss circumvents the page

limits imposed by the Civil Local Rules.  These motions, all brought by the same law firm on

behalf of the same Defendants, should have been consolidated into a single pleading.  Accordingly,

moving Defendants' four motions to dismiss (Dkt. #29, 30, 31 and 32) are STRICKEN without

prejudice to re-filing as a single pleading in accordance with this Order and the Civil Local Rules.

Pursuant to Civil Local Rule 7-11, the Court will consider reasonable requests to exceed otherwise

Case No.: 10-CV-04783-LHK
ORDER STRIKING MOTIONS TO DISMISS WITHOUT PREJUDICE

1   applicable page limits in a motion for administrative relief.

2   **IT IS SO ORDERED.**

3

4   Dated: February 14, 2011

    _Lucy H. Koh_
    _____

5   LUCY H. KOH
    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

2