United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIANO MOBILE SILICON, INC.,                )<br>                                                              )<br>                        Plaintiff,            )<br>        v.                                              )<br>                                                              )<br>MAVCOM, INC., ET AL.,                    )<br>                                                              )<br>                        Defendants.     )<br>_____) | Case No.: 10-CV-04783-LHK<br><br>ORDER GRANTING PARTIES'<br>STIPULATION AND SETTING<br>BRIEFING SCHEDULE<br><br>(re: Dkt. #53 and #54) |

On February 11, 2011, the Court issued an Order striking Defendants' four motions to dismiss (Dkt. #29, 30, 31 and 32) without prejudice to re-filing as a single pleading. *See* Dkt. #50. On February 18, 2011, Defendants filed an administrative motion requesting leave to file a 37-page pleading. *See* Dkt. #53. Defendants also filed a stipulation, representing that Plaintiff does not oppose Defendants' request for leave to file a 37-page pleading, and that Defendants will not oppose Plaintiff's filing of a 37-page opposition thereto. *See* Dkt. #54.

In light of the complexity of the action and Defendants' efforts to reduce the prior submission total almost in half, Defendants' motion for leave to file a 37-page pleading is GRANTED. In addition, the Court will adopt the parties' stipulation, allowing Plaintiff to file a 37-page Opposition. The parties do not request leave to file a Reply in excess of the page limits set forth in the Court's Local Rules. Thus, the Reply shall not exceed 15 pages of text. *See* Civ. L.R. 7-4(b).

1

Case No.: 10-CV-04783-LHK
ORDER GRANTING PARTIES' STIPULATION AND SETTING BRIEFING SCHEDULE

1   The Court finds it appropriate to set a briefing schedule.  Defendants' shall file their motion
2   to dismiss, attached as Exhibit 1 to the Parties' February 18, 2011 Stipulation, as a separate entry
3   on ECF by Wednesday, February 23, 2011.  Plaintiff's Opposition is due by Wednesday, March
4   16, 2011.  Defendants' Reply is due by Friday, March 25, 2011.  The hearing on this motion is
5   scheduled for Thursday, April 28, 2011 at 1:30 p.m., the same day Defendants' now-stricken
6   motions to dismiss were set to be heard.
7   **IT IS SO ORDERED.**

9   Dated: February 22, 2011                                    _____
10                                                              LUCY H. KOH
                                                                United States District Judge