IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Siano Mobile Silicon, Inc.

        Plaintiff,

v.

Mavcom, Inc., et al.

        Defendant.

CASE NO. 5:10-cv-04783-LHK

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Thomas A. Doyle, whose business address and telephone number is

Baker & McKenzie
One Prudential Plaza
Chicago, IL 60601    (312) 861-8866

and who is an active member in good standing of the bar of Illinois

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Mavcom, Inc. and Innofidei, Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: February 22, 2011

*Lucy H. Koh*
United States District Judge