UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIANO MOBILE SILICON, INC., ) | Case No.: 10-CV-04783-LHK |
| ) | |
| Plaintiff, ) | ORDER DENYING ADMINISTRATIVE |
| v. ) | MOTION TO BIFURCATE |
| ) | |
| MAVCOM, INC., ET AL., ) | (re: dkt. #66) |
| ) | |
| Defendants. ) | |
| ) | |

On February 23, 2011, Defendants filed an "Administrative Motion to Bifurcate and Prioritize *Forum Non Conveniens* and Subject Matter Jurisdiction Arguments and Stay Briefing and Discovery Issues Relating to Personal Jurisdiction and Service." *See* Dkt. #66. This motion is DENIED.

Plaintiff's request for discovery in connection with personal jurisdiction and *forum non conveniens* is pending before the Honorable Paul S. Grewal, the referral Magistrate Judge in this action. Thus, the propriety of any stay of discovery will be decided by Judge Grewal.

In the event Judge Grewal denies Plaintiff's request for expedited discovery, the briefing schedule on Defendants' Motion to Dismiss [dkt. #56] shall remain as set, with Plaintiff's Opposition due by March 16, 2011, Defendants' Reply due by March 25, 2011, and the hearing set for April 28, 2011.

In the event Judge Grewal grants Plaintiff's request for expedited discovery, the undersigned will consider appropriate modifications to the briefing schedule and hearing date, in

1

1  order to ensure a fair and efficient resolution of the pending Motion to Dismiss.  In the event

2  Plaintiff's request is granted, the parties should file a proposed revised schedule, preferably by joint

3  stipulation, no later than three (3) days after Judge Grewal's ruling.

4  **IT IS SO ORDERED.**

6  Dated: February 28, 2011                              _____
                                                              LUCY H. KOH
                                                              United States District Judge

Case No.: 10-CV-04783-LHK
ORDER DENYING ADMINISTRATIVE MOTION TO BIFURCATE