**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIANO MOBILE SILICON, INC., ) | Case No.: 10-CV-04783-LHK |
| ) | |
| Plaintiff, ) | ORDER GRANTING PARTIES' |
| v. ) | STIPULATION IN PART AND |
| ) | SETTING BRIEFING SCHEDULE |
| MAVCOM, INC., ET AL., ) | |
| ) | (re: Dkt. #79) |
| Defendants. ) | |
| ) | |

On March 1, 2011, the Honorable Paul S. Grewal issued an Order granting Plaintiff's renewed motion to conduct limited discovery regarding personal jurisdiction. *See* Dkt. #78. On March 4, 2011, in light of Judge Grewal's Order, the parties submitted a proposed revised briefing schedule in connection with Defendants' pending motion to dismiss. *See* Dkt. #79. The parties request an Opposition deadline of April 21, 2011, a Reply deadline of May 13, 2011, and a continuance of the motion hearing and Case Management Conference from April 28, 2011 to June 2, 2011.

The parties' proposed schedule is ADOPTED IN PART. Plaintiff's Opposition to Defendants' Motion to Dismiss [Dkt. #62] is now due by Friday, April 15, 2011. Any Reply by Defendants is now due by Wednesday, May 4, 2011. The hearing on Defendants' motion to dismiss is now set for Thursday, June 2, 2011 at 1:30 p.m., with a Case Management Conference to follow. The motion hearing and Case Management Conference currently set for April 28, 2011 are both vacated.

1

Case No.: 10-CV-04783-LHK
ORDER GRANTING PARTIES' STIPULATION IN PART AND SETTING BRIEFING SCHEDULE

The previously adopted page-limitations remain in effect.  Accordingly, Plaintiff's Opposition shall not exceed 37 pages, and Defendants' Reply shall not exceed 15 pages.

**IT IS SO ORDERED.**

Dated: March 7, 2011

_____
LUCY H. KOH
United States District Judge