Tod L. Gamlen, State Bar No. 83458
Matthew G. Allison (*Pro Hac Vice*)
**BAKER & McKENZIE LLP**
660 Hansen Way
Palo Alto, CA  94304-1044
Telephone:  +1 650 856 2400
Facsimile:  +1 650 856 9299
E-mail:  tod.gamlen@bakermckenzie.com
E-mail: matthew.allison@bakermckenzie.com

ANDREW VALENTINE, Bar No. 162094
andrew.valentine@dlapiper.com
RAJIV DHARNIDHARKA, Bar No. 234756
rajiv.dharnidharka@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendants named as:
MAVCOM, INC., and INNOFIDEI, INC. (a Chinese corporation)

Attorneys for Plaintiff
SIANO MOBILE SILICON, INC.,
a Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIANO MOBILE SILICON, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MAVCOM , INC., a California corporation, INNOFIDEI, INC., a Chinese corporation, a/k/a Mavcom, Inc., INNOFIDEI, INC., a California corporation, a/k/a Mavcom, Inc., ZHANG HUI a/k/a TOM ZHANG, STANLEY WANG a/k/a SHI CHANG WANG, and DOES 1-10,<br><br>Defendants. | **Case No. 5:10-CV-04783-LHK (PSG)**<br>ORDER GRANTING<br>**STIPULATED REQUEST FOR ORDER SHORTENING TIME TO HEAR PLAINTIFF'S MOTION TO COMPEL FURTHER DISCOVERY FROM DEFENDANTS; [PROPOSED] ORDER GRANTING REQUEST**<br><br>Scheduled Hearing Date: May 3, 2011<br>Requested Hearing Date: March 29, 2011<br>Time:  10:00 a.m.<br>Dept.:  5, 4th Floor<br>Judge: Hon. Paul S. Grewal |

1. On March 1, 2011, Magistrate Judge Grewal issued his order (Dkt. No. 78), granting Plaintiffs renewed motion for discovery. His order allowed "narrowly focused" discovery "limited to the issue of personal jurisdiction" and stated that "Innofidei shall complete its responses to these discovery requests no later than March 31, 2011." Dkt. No. 78, 6:9-13.

2. On March 3, 2011, Siano served document requests and interrogatories on Defendants and served depositions notices of Innofidei and Guishuang Zhang. The parties met and conferred briefly that day regarding the general scope of Siano's discovery requests. The parties agreed to further meet and confer on March 14, 2011.

-1-
EAST\44416312.1    STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME FOR SIANO'S MOTION TO COMPEL
CASE NO. 5:10-CV-04783-LHK (PSG)

DLA Piper LLP (US)
East Palo Alto

3.	On March 7, 2011, Judge Koh entered her order requiring Siano to file its opposition to Defendants' consolidated motions to dismiss by April 15, 2011.  Dkt. No. 80, 1:23-24.

4.	On March 14, 2011, the parties again met and conferred regarding Siano's discovery requests.  On March 16, Innofidei offered to present its 30(b)(6) witness on April 1, 2011 in Hong Kong.  On March 16, 2011, Siano served a deposition notice for the deposition of Stanley Wang.  Defendants have objected to that notice.

5.	On March 18, 2011, Defendants served written objections to Siano's document requests and interrogatories.  On March 21, 2011, Defendants served initial substantive responses to Siano's document requests and interrogatories and Innofidei produced documents Bates stamped INNO000001-210.  Siano sent Defendants a meet and confer letter that same day.  On March 22, 2011, Defendants responded to that meet and confer letter and served revised responses to Siano's interrogatories and Innofidei produced documents Bates stamped INNO000211-243 and Mavcom produced documents Bates stamped MAV000001-29.  On March 23, 2011, Innofidei produced documents Bates stamped INNO000244-306.

6.	As set forth in their meet and confer letters, the parties have reached an impasse regarding the scope of certain of Siano's discovery requests to Defendants, and require the assistance of the Court.  Siano seeks to complete written discovery and document production before conducting any depositions so that it may use the written discovery material and documents produced during deposition.  Defendants contend that no additional discovery is necessary or appropriate.

7.	Given this Court's March 1, 2011 order setting a March 31 discovery response date and Judge Koh's March 7, 2011 order requiring Siano to file its opposition to Defendants' consolidated motions to dismiss by April 15, the parties request that Siano's motion to compel be heard on shortened time.[1]

---

[1] In compliance with Local Rule 6-2(a)(2), the parties advise the court of the following: the parties previously stipulated to twice continue Defendants' deadline to respond to Siano's complaint.  Dkt. Nos. 12, 27.  Siano previously moved this Court for an order shortening time for its motion to conduct discovery on February 2, 2011 (Dkt. No. 36), which this Court granted on February 3, 2011.  Dkt. No. 38. The parties moved this Court for an order extending the briefing and hearing date on Defendants'

8. Therefore, the parties stipulate to the following briefing and hearing schedule for Siano's motion to compel (subject to the Court's availability):

    a. Siano will file its motion to compel discovery today, March 23, 2011, concurrently with filing this stipulated request for an order shortening time;

    b. Defendants will file any opposition brief by Friday, March 25, 2011;

    c. Siano waives its right to file any reply brief; and

    d. The Court will hear Siano's motion to compel on Tuesday, March 29, 2011 at 10:00 a.m.

9. The requested time modification will not impact the schedule for the case. However, if the time modification is not granted, both parties reserve their rights with respect to any further extension of time from Judge Koh concerning Siano's opposition to Defendants' consolidated motions to dismiss.

IT IS SO STIPULATED

Dated: March 23, 2011        BAKER & McKENZIE LLP

By: /s/ Matthew Allison
Tod Gamlen
Matthew Allison
Attorneys for Defendants named as
MAVCOM, INC., INNOFIDEI, INC. (a
Chinese corporation), and INNOFIDEI,
INC. (a California corporation)

Dated: March 23, 2011        DLA PIPER LLP (US)

By: /s/ Rajiv Dharnidharka
Andrew Valentine
Rajiv Dharnidharka
Attorneys for Plaintiff
SIANO MOBILE SILICON, INC.

///

---

consolidated motions to dismiss (and to continue the case management conference) on March 4, 2011 (Dkt. No. 79), which the Court granted in part on March 7, 2011. Dkt. No. 80.

DLA Piper LLP (US)
East Palo Alto

EAST\44416312.1    -3-    STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME FOR SIANO'S MOTION TO COMPEL
CASE NO. 5:10-CV-04783-LHK (PSG)

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  Dated: March 23, 2011                            *Paul S. Grewal*
                                                    HON. PAUL S. GREWAL

### **ATTESTATION CLAUSE**

I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: March 23, 2011                    By: /s/ Rajiv Dharnidharka
                                              RAJIV DHARNIDHARKA