| | |
|---|---|
| Tod L. Gamlen, State Bar No. 83458<br>Keith L. Wurster, State Bar No. 198918<br>**BAKER & McKENZIE LLP**<br>660 Hansen Way<br>Palo Alto, CA  94304-1044<br>Telephone: +1 650 856 2400<br>Facsimile:  +1 650 856 9299<br><br>Thomas A. Doyle (*pro  haec vice*)<br>Matthew Allison (*pro  haec vice*)<br>**BAKER & McKENZIE LLP**<br>One Prudential Plaza<br>Chicago, IL  60601<br>Telephone:     312 861 8000<br>Facsimile:      312 861 2899<br><br>Attorneys for Defendants named as Innofidei, Inc. (a Chinese corporation), Mavcom, Inc., and Stanley Wang a/k/a Shi Chang Wang | ANDREW VALENTINE, Bar No. 162094<br>andrew.valentine@dlapiper.com<br>RAJIV DHARNIDHARKA, Bar No. 234756<br>rajiv.dharnidharka@dlapiper.com<br>DIANA HALL, Bar No. 260410<br>diana.hall@dlapiper.com<br>**DLA PIPER LLP (US)**<br>2000 University Avenue<br>East Palo Alto, CA  94303-2214<br>Tel: 650.833.2000<br>Fax:  650.833.2001<br><br>LEON MEDZHIBOVSKY (*Pro Hac Vice*)<br>leon.m@dlapiper.com<br>PAOLO MORANTE (*Pro Hac Vice*)<br>paolo.morante@dlapiper.com<br>AIRINA RODRIGUES (*Pro Hac Vice*)<br>airina.rodrigues@dlapiper.com<br>**DLA PIPER LLP (US)**<br>1251 Avenue of the Americas<br>New York, New York 10020-1104<br>Tel: 212.335.4630<br>Fax: 917.778.8630<br><br>Attorneys for Plaintiff<br>SIANO MOBILE SILICON, INC., a Delaware corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIANO MOBILE SILICON, INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>MAVCOM , INC., a California corporation, INNOFIDEI, INC., a Chinese corporation, a/k/a Mavcom, Inc., INNOFIDEI, INC., a California corporation, a/k/a Mavcom, Inc., ZHANG HUI a/k/a TOM ZHANG, STANLEY WANG a/k/a SHI CHANG WANG, and DOES 1-10,<br><br>             Defendants. | **Case No. 5:10-CV-04783-EJD (PSG)**<br><br>**STIPULATED DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST ALL DEFENDANTS WITH PREJUDICE AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**Judge:      Edward J. Davila** |

1

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

PALDMS/445322.1

Case No. 5:10-CV-04783-EJD (PSG)
STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff SIANO MOBILE SILICON, INC. ("Siano") on the one hand, and Defendant INNOFIDEI, INC. (a Chinese corporation) ("Innofidei"), Mavcom, Inc., and Stanley Wang (collectively "Defendants") on the other hand, by and through their respective counsel, stipulate as follows in compliance with CIVIL LOCAL RULE 7-12:

WHEREAS, Siano and Defendants have executed a definitive written Settlement Agreement effective as of July 13, 2011 (the "Settlement Agreement").

IT IS HEREBY STIPULATED, pursuant to the Settlement Agreement and Federal Rule of Civil Procedure 41 (a), and by and through the parties' counsel, as follows:

1. The Litigation, and all claims and causes of action arising thereunder, shall be dismissed forthwith, in its entirety against all defendants, <u>with</u> prejudice.
2. Each of the parties shall bear its own attorneys' fees and costs in the Litigation.

IT IS SO STIPULATED

Dated:  July 18, 2011                                BAKER & McKENZIE LLP


By:  /s/ Tod Gamlen
Attorneys for Defendants
Innofidei, Inc. (a Chinese corporation),
Mavcom, Inc., and Stanley Wang a/k/a Shi
Chang Wang

Dated:  July 18, 2011                                BAKER & McKENZIE LLP


By:  /s/ Matthew Allison
Attorneys for Defendants
Innofidei, Inc. (a Chinese corporation),
Mavcom, Inc., and Stanley Wang a/k/a Shi
Chang Wang

Dated:  July 18, 2011                                DLA PIPER LLP (US)


By:  /s/ Rajiv Dharnidharka
Rajiv Dharnidharka
Attorneys for Plaintiff
SIANO MOBILE SILICON, INC.

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

PALDMS/445322.1

2

Case No. 5:10-CV-04783-EJD (PSG)
STIPULATION OF DISMISSAL WITH PREJUDICE

**ATTESTATION OF CONCURRENCE**

I, Tod L. Gamlen, attest that I am one of the attorneys for the defendants Innofidei, Inc. (a Chinese corporation), Mavcom, Inc., and Stanley Wang a/k/a Shi Chang Wang; and, as the ECF user and filer of this document, I attest that, pursuant to General Order No. 45(X)(B), concurrence in the filing of this document has been obtained from Matthew Allison and Rajiv Dharnidharka, the above signatories.

Dated: July 18, 2011          By:        /s/ Tod L. Gamlen

**ORDER** ~~PROPOSED~~

Pursuant to stipulation, IT IS SO ORDERED.

The Clerk shall close this file.

Dated: August 2, 2011

Edward J. Davila
UNITED STATES DISTRICT COURT JUDGE

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

PALDMS/445322.1

3

Case No. 5:10-CV-04783-EJD (PSG)
STIPULATION OF DISMISSAL WITH PREJUDICE